# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RB ALDEN CORP., | : | No. 10 MAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of |
| | : | Commonwealth Court dated January |
| | : | 30, 2020 at No. 73 FR 2011 granting |
| v. | : | the waiver of briefing and argument |
| | : | on exceptions and entering |
| | : | judgment of the November 21, 2019 |
| COMMONWEALTH OF PENNSYLVANIA, | : | order that Reversed the Decision of |
| | : | the PA Board of Finance & Revenue |
| Appellant | : | at No. 1000719 dated December 17, |
| | : | 2010 and Remanding. |
| | : | |

| | | |
|---|---|---|
| RB ALDEN CORP., | : | No. 13 MAP 2020 |
| | : | |
| Cross Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated January |
| | : | 30, 2020 at No. 73 FR 2011 granting |
| v. | : | the waiver of briefing and argument |
| | : | on exceptions and entering |
| | : | judgment of the November 21, 2019 |
| COMMONWEALTH OF PENNSYLVANIA, | : | order that Reversed the Decision of |
| | : | the PA Board of Finance & Revenue |
| Appellee | : | at No. 1000719 dated December 17, |
| | : | 2010 and Remanding. |
| | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  February 23, 2022**

**AND NOW,** this 23rd day of February, 2022, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for further proceedings consistent with this Court's decision in *General Motors v. Commonwealth*, 265 A.3d 353 (Pa. 2021).  The Commonwealth Court is further **DIRECTED**, upon remand,

to consider RB Alden Corp.'s previously filed exceptions that were dismissed as moot, if necessary. *See RB Alden Corp. v. Commonwealth*, 169 A.3d 727, 732-33 (Pa. Cmwlth. 2017).

Justice Brobson did not participate in the consideration or decision of this matter.